_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

So Ordered.

Signed this 13 day of March, 2015.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

| | |
|---|---|
| **JOHN GREEN and** | **Case No.: 09-13347** |
| **ERIN GREEN,** | **(Chapter 13)** |
| Debtor(s) | |

**ORDER CONDITIONALLY GRANTING TRUSTEE'S MOTION TO DISMISS**

Upon the Motion of the Chapter 13 Standing Trustee, Andrea E. Celli for an Order pursuant to 11 U.S.C. Section 1307(c) dismissing the above captioned Chapter 13 case based upon the debtors failure to complete the confirmed Chapter 13 Plan (the "Motion") and a hearing on said Motion having been had on the 12th day of March 2015, and Andrea Celli, Chapter 13 Trustee having appeared in support of said Motion, and the debtors by and through their attorney George Cholakis, Esq. having appeared on the Motion and in support of an

extension of the plan for a limited period of time to allow the debtors to complete the plan as confirmed by this Court, and, due deliberation having been had thereon, it is hereby

ORDERED that the debtors shall have until the close of business Friday, June 12, 2015, to complete all payment obligations to the Chapter 13 Trustee under the terms of the confirmed Chapter 13 plan or to obtain a further Order extending the plan term from this Court after notice to the Chapter 13 Trustee, and it is further

ORDERED that in the event the debtors have not completed all payment obligations to the Chapter 13 Trustee under the terms of the confirmed Chapter 13 plan or obtain a further Order extending the plan term from this Court as set forth above by Friday, June 12, 2015, then, in that event, the Chapter 13 Trustee may submit an Ex Parte Order dismissing this Chapter 13 case without further notice of hearing.

###